**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RAFAEL R. M., | No.  1:26-cv-00902 JLT SKO (HC) |
| Petitioner, | A-Number: 221-345-951 |
| v. | ORDER ADOPTING FINDINGS AND RECOMMENDATIONS (Doc. 13) |
| WARDEN, GOLDEN STATE ANNEX DETENTION FACILITY, et al., | |
| Respondents. | ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS, DIRECTING RESPONDENTS TO PROVIDE PETITIONER WITH A BOND HEARING WITHIN FOURTEEN DAYS, AND DIRECTING THE CLERK OF COURT TO ENTER JUDGMENT AND CLOSE CASE |

Rafael R. M. is an immigration detainee proceeding with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  On March 16, 2026, the assigned Magistrate Judge issued Findings and Recommendations to grant the petition.  (Doc. 13.)  The Court served the Findings and Recommendations on all parties and notified them that any objections were due within seven days.  (Doc. 13.)  On March 20, 2026, Respondents filed objections. (Doc. 14.)

According to 28 U.S.C. § 636(b)(1)(C), this Court performed a *de novo* review of this case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendations are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1.     The Findings and Recommendations issued on March 16, 2026, (Doc. 13), are

1

**ADOPTED** in full.

2.     The petition for writ of habeas corpus is **GRANTED**.

3.     Respondents **SHALL** provide Petitioner with a custody hearing within 14 days of this order before a neutral arbiter in which the government bears the burden of proving, by clear and convincing evidence, that Petitioner presents a flight risk or danger to the community, or in the alternative, release Petitioner.

4.     The Clerk of Court is directed to enter judgment and close the case.

This order terminates the action in its entirety.

IT IS SO ORDERED.

Dated:   **March 24, 2026**

UNITED STATES DISTRICT JUDGE